

# Helen F. Dalton & Associates, P.C.
## ATTORNEYS AT LAW

69-12 Austin Street, Forest Hills, NY 11375 • Tel.: 718-263-9591 • Fax: 718-263-9598

Honorable Magistrate Judge Andrew J. Peck
Southern District of NY
500 Pearl Street
New York, NY 10007

RECEIVED
FEB 1 4 2012
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/14/12

February 14, 2012

Re: CARITINO MALDONADO vs. SPOONBREAD TOO, INC.,., et al
**Index # 11-CV-2748**

Dear Judge Peck,

Our firm represents all of the Plaintiffs in this action. I am pleased to inform Your Honor that we were able to settle the case. We have agreed on the terms of the settlement and presently finalizing settlement documents and we will be filing a Stipulation of Discontinuance promptly.

Sincerely,

Roman Avshalumov (RA 5508)
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375
Tel: (718) 263-9591 Fax: (718) 263-9598

CC:  John P. DeMaio, Esq.
75 Maiden Lane, Suite 203
New York, NY 10038
Tel. (212) 405-2104
Fax 646-202-1439

**MEMO ENDORSED** 2/14/12

Settl[ement] d[ocumen]ts [or] a joint stip[ulation] of [dismissal] or [motion] for c[our]t approval as appropriate to PLSA due 2/28 - No extensions!

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  February 14, 2012                                    Total Number of Pages:  2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Settlement documents and a joint stipulation or motion for Court approval as required by the FLSA is due 2/28 – no extensions!

Copies **by ECF** to:  All Counsel